**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**   www.flsb.uscourts.gov

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **RAMON M. QUINTANA** JOINT DEBTOR: **OLEIDA QUINTANA** Case No.:11-16578-BKC-LMI
Last Four Digit of SSN.: XXX.XX.____                Last Four Digit of SSN.: XXX.XX.____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    **A. $750.00** for months **1** to **24**
    **B. $2,273.00** for months **25** to **60** in order to pay the following creditors:

Administrative: Attorney's Fee to Sandra Navarro-Garcia, Esq. - $ 4,275.00 TOTAL PAID $2,000.00
               Motion to Strip Second Mortgage $750.00 Plus Cost $25.00
               **Balance Due -    $ 2,275.00 payable $568.75month (Months 1 to 4)**

Secured Creditors: [Retain Liens pursuant to 11 USC §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property
1. **Miami Dade County Property Taxes**   Amount $3,722.20 as of Petition Date
   140 West Flagler Street            (amount above reflects $2,442.24 at 18% for 2010 property taxes)
   Miami, Florida 33130-1575
   Folio #3031220250171          Payment $106.26/mo. (Mos. 1 to 4)
                            Payment $164.86/mo. (Mos. 5 to 24)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Wachovia Bank, Second Mortgage POB 3117 Winston Salem, NC 27102 Account# 4386540314212094 | Property Located at: 4801 SW 6th Street Coral Gables, Florida 33134  $0.00 | 0% | $0.00 | 1 to 60 | $0.00 |

Priority Creditors:  [as defined in 11 USC §507]:

Unsecured Creditors: Pay $510.14/mo. (Months 4 to 24) and $2,045.72/mo. (Months 5 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
    1. The provisions included on the Notice of Commencement and the Local Rules of the Bankruptcy Court for the Southern District of Florida are incorporated herein by reference and are binding on any and all parties in interest. This Chapter 13 Plan is also a motion in certain circumstances and any interested party should act accordingly.
    2. The Debtors' will continue to pay Central Mortgage Company, Account No.: 148143761 outside the Chapter 13 Plan. This creditor is authorized to continue sending the Debtors' monthly statements/coupons as done in the normal course of business and to accept the payments. Property taxes and property insurance paid via escrow.

We declare that the foregoing chapter 13 plan is true and correct under penalty of perjury. We acknowledge that the contents of this plan have been explained and that we are in agreement as to the treatment of all creditors/claims set forth in this plan.

Date 4/21/2011

N:\CHAPTER 13 CLIENTS\QUINTANA-RAMON AND OLEIDA \PLEADINGS\PLAN 00.DOC
LF-31

Sandra Navarro-Garcia, Esq.
Counsel for the Debtor
6337 SW 40th Street
Miami, Florida 33155
E-MAIL: SNG@SNGLAW.NET
Telephone: 305-667-5103
Facsimile: 305-667-5106
*/s/ Sandra Navarro-Garcia*
Sandra Navarro-Garcia, Esq., FBN 188735