UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

PROCEEDINGS UNDER CHAPTER 13

IN RE:  
RAMON M QUINTANA

CASE NO. 11-16578-BKC-

OLEIDA QUINTANA

Debtor(s)
_____/

NOTICE OF HEARING AND TRUSTEE'S
MOTION TO DISMISS

PLEASE TAKE NOTICE that a hearing will be held at the U.S. Bankruptcy Court, Room No.    , 51 South West First Avenue, Miami, Florida 33130 on        June 5, 2012 at 9:00 a.m. to determine whether this case should be dismissed.

COMES NOW Nancy N. Herkert, Trustee herein of the above-named debtor(s) and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1. Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims.

Wherefore, your movant recommends it is in the best interest of the creditors and the estate that this petition under Chapter 13 be dismissed.

I CERTIFY that copies of this Notice of Hearing and Motion were mailed       May 22, 2012 to the parties listed below.

*COPIES FURNISHED TO:  
SEE ATTACHED SERVICE LIST

NANCY N. HERKERT, ESQUIRE  
STANDING CHAPTER 13 TRUSTEE  
P.O. BOX 279806  
MIRAMAR, FL 33027  
Telephone: (954) 443-4402  
Florida Bar No. 441856

COPIES FURNISHED TO:

NANCY N. HERKERT, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FLORIDA 33027-9806

RAMON M QUINTANA
OLEIDA QUINTANA
DEBTOR(S)
4801 SW 6 ST
CORAL GABLES, FL   33134

SANDRA NAVARRO-GARCIA, ESQ.
7951 SW 40 STREET
SUITE 202
MIAMI, FL   33155

```
* * * COMMUNICATION RESULT REPORT ( APR. 4.2012  5:25PM ) * * *

                                           FAX HEADER 1:  CHAPTER 13 STANDING
                                           FAX HEADER 2:

TRANSMITTED/STORED : APR. 4.2012  5:25PM
FILE MODE            OPTION             ADDRESS                    RESULT         PAGE
---------------------------------------------------------------------------------------
8341 MEMORY TX                          G3   :13052647587          OK             1/1


---------------------------------------------------------------------------------------
    REASON FOR ERROR
      E-1) HANG UP OR LINE FAIL              E-2) BUSY
      E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
      E-5) MAIL SIZE OVER
```

OFFICE OF THE CHAPTER 13 TRUSTEE
SOUTHERN DISTRICT OF FLORIDA
NANCY N. HERKERT, ESQUIRE
P.O. BOX 279806
MIRAMAR, FLORIDA 33027
TELEPHONE: (954) 443-4402
FAX: (954) 443-4452

SANDRA NAVARRO-GARCIA, ESQ.                         Date: April 4, 2012
7951 SW 40 STREET
SUITE 202
MIAMI, FL 33155

In Re: 11-16578-BKC- *LMI*
       RAMON M QUINTANA
       OLEIDA QUINTANA                                 CL REG # 16

Dear SANDRA NAVARRO-GARCIA, ESQ.

The Trustee has recommended confirmation of a Plan in the above-
referenced case based upon your assurance that MIAMI-DADE TAX COLLECTOR
had agreed to the Debtor's treatment of its collateral. The
Trustee has since received a copy of a Proof of Claim filed with
the Bankruptcy Court.

The Proof of Claim is filed as such:

   Amount of Claim: $ 9951.00

   _____ A secured creditor in the amount of $_____.

   _____ A secured creditor with arrearage and costs in the
         amount of $_____.

   _____ An unsecured priority creditor in the amount of
         $_____.

   _____ Other: _____

The Debtor is directed to either file a Motion to Modify the Confirmed
Plan to include the amount listed in the Proof of Claim, or an
Objection to the Proof of Claim within twenty (20) days of this
correspondence. Failure to do so may render the Plan unfeasible
and the Trustee may file a Motion to Dismiss this case with
prejudice for six (6) months.

Very truly yours,

*[signature]*
Claims Administrator

cc: Debtor